1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 | MATTHEW M. YELOVICH (NYBN 4897013)
Deputy Chief, Criminal Division

4 | ANDREW M. SCOBLE (CABN 124940)
RICHARD EWENSTEIN (CABN 294649)

5 | Assistant United States Attorneys

6 |     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495

7 |     Telephone: (415) 436-7249
    FAX: (415) 436-7234

8 |     Email: andrew.scoble@usdoj.gov
            richard.ewenstein@usdoj.gov

9

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 13-CR-00335 EMC |
|---|---|---|
| Plaintiff, | ) | NOTICE OF DISMISSAL |
| v. | ) | |
| CARLOS VASQUEZ, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Carlos Vasquez.

DATED: August 23, 2024                                 Respectfully submitted,

                                                               ISMAIL J. RAMSEY
                                                               United States Attorney

                                                               /s/ *Richard Ewenstein*
                                                               RICHARD EWENSTEIN
                                                               Assistant United States Attorney

NOTICE OF DISMISSAL
No. 13-CR-00335 EMC

Leave is granted to the government to dismiss the indictment.

Date: August 29, 2024

_____
HON. EDWARD M. CHEN
United States District Judge

NOTICE OF DISMISSAL
No. 13-CR-00335 EMC